No. 71–1183. GUTHRIE *v.* TAYLOR ET AL. Sup. Ct. N. C. Certiorari denied.

No. 71–1185. DESHOTELS ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–1189. ANDREW, ADMINISTRATRIX *v.* BENDIX CORP. C. A. 6th Cir. Certiorari denied.

No. 71–1196. COREY ET AL. *v.* STATE SAVINGS & LOAN ASSN. ET AL. Sup. Ct. Hawaii. Certiorari denied.

No. 71–1204. FRASER & JOHNSTON CO. *v.* LODGE 1327, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO. C. A. 9th Cir. Certiorari denied.

No. 71–1211. SAPENTER ET UX. *v.* DREYCO, INC. C. A. 5th Cir. Certiorari denied.

No. 71–1234. KENNEDY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 71–1238. KLAES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–1239. BARDEN *v.* JUNIOR COLLEGE DISTRICT No. 520 OF ILLINOIS ET AL. App. Ct. Ill. 3d Dist. Certiorari denied.

No. 71–1243. NEW YORK, SUSQUEHANNA & WESTERN RAILROAD CO. *v.* LEIGHTON. C. A. 2d Cir. Certiorari denied.